UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO:     08-2417-CR-AMS

      Plaintiff,

vs.

CALIN CHI WONG,

      Defendant.

_____/

**ORDER GRANTING DEFENDANT CALIN WONG'S UNOPPOSED MOTION TO WITHDRAW REQUEST FOR A HEARING CONTESTING GOVERNMENT'S MOTION FOR PRETRIAL DETENTION and DETAINING DEFENDANT**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Withdraw Request for a Hearing Contesting Government's Motion for Pretrial Detention, While Reserving the Right to Revisit the Issue of Bond at a Later Time, and the Court having read said motion, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.  The Defendant, Calin Chi Wong, is hereby DETAINED.

DONE AND ORDERED in the Southern District of Florida this the ___9___ day of April, 2008

_____
JOHN O'SULLIVAN
DISTRICT COURT MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA